# United States District Court
# For The Western District of North Carolina
# Statesville Division

ASIATIC SUPREME ROBINSON,

       Petitioner,                           JUDGMENT IN A CIVIL CASE

vs.                                            5:12CV50

UNITED STATES OF AMERICA,

       Respondent.

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2012 Order.

                                                Signed: October 17, 2012

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court