# United States District Court
# For The Western District of North Carolina
# Statesville Division

ASIATIC SUPREME ROBINSON,

    Petitioner,                                              JUDGMENT IN A CIVIL CASE

vs.                                                           5:12CV50

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 17, 2012 Order.

                                             Signed: October 17, 2012

                                             Frank G. Johns, Clerk
                                             United States District Court